SHIRLI F. WEISS (Bar No. 079225)
JULIE L. HUSSEY (Bar No. 237711)
AMBER R. HOLDERNESS (Bar No. 252363)
MARGARET D. CRAIG (Bar No. 267240)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701
Email: shirli.weiss@dlapiper.com
Email: julie.hussey@dlapiper.com
Email: amber.holderness@dlapiper.com
Email: maggie.craig@dlapiper.com

Attorneys for Defendants
BOTANICAL LABORATORIES, INC.,
BOTANICAL LABORATORIES, L.L.C. and
SCHWABE NORTH AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ED HAZLIN and KAREN ALBENCE on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

BOTANICAL LABORATORIES, INC., a Washington Corporation, SCHWABE NORTH AMERICA, INC., a Wisconsin Corporation and BOTANICAL LABORATORIES, L.L.C., a Delaware Limited Liability Company and DOES 1 through 20,

Defendants.

CV NO. 13-CV-00618-DMS (JMA)

**NOTICE OF APPEARANCE BY MARGARET D. CRAIG**

Judge: Hon. Dana M. Sabraw
Courtroom: 13A

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Margaret D. Craig of the firm of DLA Piper LLP (US), and as a member admitted to the bar of this Court, hereby appears as counsel of record on behalf of Defendants Botanical Laboratories, Inc., Botanical Laboratories, L.L.C. and Schwabe North America. Effective immediately, please

add Margaret D. Craig as attorney to be noticed on this matter using the CM/ECF system per Civil Local Rule 5.4 at the following address:

Email: Maggie.Craig@dlapiper.com

or if by U.S. Mail:

Margaret D. Craig, Esq.
DLA PIPER LLP (U.S.)
401 B Street, Suite 1700
San Diego, CA 92101

Dated: September 4, 2013

DLA PIPER LLP (US)

By *s/Margaret D. Craig*
MARGARET D. CRAIG
Attorneys for Defendants
BOTANICAL LABORATORIES, INC., BOTANICAL LABORATORIES, L.L.C. and SCHWABE NORTH AMERICA

# CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action. My business address is 401 B Street, Suite 1700, San Diego, California 92101.

I hereby certify that on September 4, 2013 this office electronically filed the foregoing **NOTICE OF APPEARANCE BY MARGARET D. CRAIG** through the CM/ECF system, which caused the interested parties or counsel to be served electronically, as more fully reflected on the Notice of Electronic Filing.

Executed on September 4, 2013, at San Diego, California.

Eloy Rodriguez