| | |
|---|---|
| 1 | SHIRLI F. WEISS (Bar No. 079225) |
| | JULIE L. HUSSEY (Bar No. 237711) |
| 2 | MARGARET D. CRAIG (Bar No. 267240) |
| | DLA PIPER LLP (US) |
| 3 | 401 B Street, Suite 1700 |
| | San Diego, CA 92101-4297 |
| 4 | Tel: 619.699.2700 |
| | Fax: 619.699.2701 |
| 5 | Email: shirli.weiss@dlapiper.com |
| | Email: julie.hussey@dlapiper.com |
| 6 | Email: maggie.craig@dlapiper.com |

Attorneys for Defendants
BOTANICAL LABORATORIES, INC.,
BOTANICAL LABORATORIES, L.L.C.
and SCHWABE NORTH AMERICA, INC.

TODD D. CARPENTER (Bar No. 234464)
CARPENTER LAW GROUP
420 West Broadway, 29th Floor
San Diego, California 92101
Tel: 619.347.3517
Fax: 619.756.6991
E-mail: todd@carpenterlawyers.com

JAMES R. PATTERSON (Bar No. 211102)
PATTERSON LAW GROUP
420 West Broadway, 29th Floor
San Diego, California 92101
Tel: 619.398.4760
Fax: 619.756.6991
E-mail: jim@pattersonlawgroup.com

Attorneys for Plaintiffs ED HAZLIN
and KAREN ALBENCE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HAZLIN and KAREN ALBENCE on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BOTANICAL LABORATORIES, INC., a Washington Corporation, SCHWABE NORTH AMERICA, INC., a Wisconsin Corporation and BOTANICAL LABORATORIES, L.L.C., a Delaware Limited Liability Company and DOES 1 through 20, <br><br> Defendants. | CV NO. 13-CV-00618-DMS (JMA) <br><br> **NOTICE OF SETTLEMENT** <br><br><br> Judge:        Hon. Dana M. Sabraw <br> Courtroom:  13A |

1  Plaintiffs, Ed Hazlin and Karen Albence ("Plaintiffs"), and Defendants, Botanical Laboratories, Inc., Botanical Laboratories, LLC, and Schwabe North American, Inc. ("Defendants") (collectively, the "Parties"), hereby notify the Court that a settlement has been reached as to all Parties in the above-captioned action. The Parties intend to memorialize the settlement and submit to the Court with a proposed nationwide class action settlement, after which timely notice will be provided to the appropriate federal and state officials pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715.

Dated:  January 21, 2014          CARPENTER LAW GROUP

                                  By /s/ Todd Carpenter
                                  TODD D. CARPENTER
                                  Attorney for Plaintiffs
                                  ED HAZLIN and KAREN ALBENCE


Dated:  January 21, 2014          DLA PIPER LLP (US)

                                  By /s/ Julie L. Hussey
                                  SHIRLI F. WEISS
                                  JULIE L. HUSSEY
                                  MARGARET D. CRAIG
                                  Attorneys for Defendants
                                  BOTANICAL LABORATORIES, INC.,
                                  BOTANICAL LABORATORIES, LLC,
                                  and SCHWABE NORTH AMERICA,
                                  INC.

# CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action. My business address is 401 B Street, Suite 1700, San Diego, California 92101.

I hereby certify that on January 21, 2014 I served the below listed documents through the CM/ECF system, which caused the interested parties or counsel to be served electronically, as more fully reflected on the Notice of Electronic Filing:

**NOTICE OF SETTLEMENT**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 21, 2014, at San Diego, California.

_____
Eloy Rodriguez