**CARPENTER LAW GROUP**
Todd D. Carpenter (CA 234464)
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone:   619.756.6994
Facsimile:    619.756.6991
todd@carpenterlawyers.com

**PATTERSON LAW GROUP**
James R. Patterson (CA 211102)
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: 619.756.6990
Facsimile:  619.756.6991
jim@pattersonlawgroup.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HAZLIN and KAREN ALBENCE on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOTANICAL LABORATORIES, INC., a Washington Corporation, SCHWABE NORTH AMERICA, INC., a Wisconsin Corporation and BOTANICAL LABORATORIES, L.L.C., a Delaware Limited Liability Company and Does 1-20,<br><br>    Defendants. | Case No. 13cv00618 KSC<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS, AND CLASS REPRESENTATIVE SERVICE AWARDS**<br><br>Judge:      Hon. Karen S. Crawford<br>Location:  Courtroom 1C<br>Date:        March 19, 2015<br>Time:       11:00 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 19, 2015, at 11:00 a.m., at the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California, Courtroom 1C, Plaintiffs Ed Hazlin and Karen Albence will and hereby do move before the Honorable Karen S. Crawford for an order (1) granting Class Counsel's application for an award of reasonable attorneys' fees in the amount of $930,000 and reimbursement of out-of-pocket costs in the amount of $4,957.50; and (2) approving service awards for Class Representatives Ed Hazlin and Karen Albence in the amount of $3,500 each.

This motion is based on this notice and motion, the supporting memorandum of points and authority, the Declarations of Todd D. Carpenter and James R. Patterson and corresponding exhibits, concurrently filed herewith, as well as the pleadings on file in this action, and upon such other matters, evidence, and arguments as may be presented to the Court before or at the hearing on this motion.  Defendants do not oppose this motion.

Dated:  February 3, 2015

**CARPENTER LAW GROUP**

By:  */s/ Todd D. Carpenter*
    Todd D. Carpenter (CA 234464)
    402 West Broadway, 29th Floor
    San Diego, California 92101
    Telephone:   619.756.6994
    Facsimile:   619.756.6991
    todd@carpenterlawyers.com

**PATTERSON LAW GROUP**
James R. Patterson (CA 211102)
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: 619.756.6990
Facsimile: 619.756.6991
jim@pattersonlawgroup.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I, Todd D. Carpenter, hereby certify that on February 3, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record registered with the CM/ECF system.

*/s/ Todd D. Carpenter*